# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 10, 2017

154754

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

THYRONE DESHAWN EVANS,
  Defendant-Appellant.

SC: 154754
COA: 324460
Wayne CC: 13-009779-FC

_____/

   On order of the Court, the application for leave to appeal the September 27, 2016 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Kennedy* (Docket No. 154445) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

   WILDER, J., took no part in this decision.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 10, 2017



Clerk

t0503p